## No. 3852

### Second Circuit

---

## AUTO FINANCE CO. v. TALLEY ET AL.

---

(November 18, 1931.  Opinion and Decree.)

---

Argued before DREW, McGREGOR and TALIAFERRO, JJ.

W. Peyton Cunningham, of Natchitoches, attorney for plaintiff, appellee.

Jos. W. Jones, Jr., of Natchitoches, attorney for defendants, appellants.

McGREGOR, J.  This is a suit for $593.85 for the balance due on the purchase price of an automobile and certain necessary repairs.  There was judgment in the lower court in favor of the plaintiff as prayed for and the defendants have perfected a devolutive appeal.

Neither side has made any appearance in this court.  A careful examination of the record discloses no error in the judgment appealed from, and, in accordance with the custom of the court, it is hereby affirmed; defendants to pay all costs of both courts.

## No. 3919

### Second Circuit

---

## SCOTT v. RAYSON

---

(November 18, 1931.  Opinion and Decree.)

---

Lyons & Prentiss, of Shreveport, attorneys for plaintiff, appellee.

R. D. Fuller, of Shreveport, attorney for defendant, appellant.

McGREGOR, J.  In this case the plaintiff sues the defendant for $900 damages growing out of an automobile collision on the Greenwood Road in Caddo parish.  The lower court rendered judgment in favor of the plaintiff for $100, and the defendant has appealed.  The defendant has made no appearance in this court to prosecute his appeal, while the plaintiff has appeared, asking that the judgment be sustained.  Under these circumstances and in view of the fact that a careful review of the evidence discloses no error on the part of the trial judge, the judgment must be affirmed.

It is therefore ordered, adjudged, and decreed that the judgment of the lower court be and the same is hereby affirmed; the defendant and appellant to pay all costs of both courts.